IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01903-AP

TAMMY L. SCHMER,

        Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

### 1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

| For Plaintiff: | For Defendant: |
|---|---|
| MARY ELIZABETH CONBOY<br>Arruda & Beaudoin LLP-Broomfield<br>10901 West 120th Avenue, #340<br>Broomfield, CO 80021<br>303-635-1154<br>303-469-3550 (facsimile)<br>mconboy@sslg.com | JOHN F. WALSH<br>United States Attorney<br><br>KEVIN TRASKOS<br>Chief, Civil Division<br>District of Colorado<br><br>THOMAS H. KRAUS<br>Special Assistant U.S. Attorney<br>1001 17th Street<br>Denver, CO 80202<br>(303) 844-0017<br>tom.kraus@ssa.gov |

### 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

A. **Date Complaint Was Filed:** 8/10/10

B. **Date Complaint Was Served on U.S. Attorney's Office:** 8/17/10

C. **Date Answer and Administrative Record Were Filed:** 10/15/10

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The administrative record is complete.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

A. **Plaintiff's statement:** Plaintiff does not intend to submit additional evidence.

B. **Defendant's Statement:** Defendant does not intend to submit additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

A. **Plaintiff states:** This case does not raise unusual claims or defenses.

B. **Defendant states:** This case does not raise unusual claims or defenses.

**7. OTHER MATTERS**

A. **Plaintiff:** Plaintiff has no other matters at this time.

B. **Defendant:** Defendant has no other matters at this time.

**8. BRIEFING SCHEDULE**

A.   **Plaintiff's Opening Brief Due:** 12/3/10

B.   **Defendant's Response Brief Due:** 1/7/11

C.   **Plaintiff's Reply Brief (If Any) Due:** 1/24/11

**9. STATEMENTS REGARDING ORAL ARGUMENT**

A.   **Plaintiff's Statement:** Plaintiff does not request oral argument.

B.   **Defendant's Statement:** Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this <u>27TH</u> day of <u>October</u>, 2010.

BY THE COURT:

<u>s/John L. Kane</u>
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ Mary Elizabeth Conboy<br>MARY ELIZABETH CONBOY<br>Arruda & Beaudoin LLP-Broomfield<br>10901 West 120th Avenue, #340<br>Broomfield, CO 80021<br>303-635-1154<br>303-469-3550 (facsimile)<br>Email: mconboy@sslg.com | JOHN F. WALSH<br>United States Attorney<br><br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br><br>s/ Thomas H. Kraus<br>By: THOMAS H. KRAUS<br>Special Assistant U.S. Attorney<br>1001 17th Street<br>Denver, Colorado  80202<br>(303) 844-0017<br>tom.kraus@ssa.gov<br><br>Attorneys for Defendant |